No. 761, Misc. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL., *ante,* p. 904;

No. 776, Misc. CURRY *v.* UNITED STATES, 359 U. S. 1014; and

No. 921, Misc. GRIFFITH *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, 359 U. S. 1015. Petitions for rehearing denied.

No. 745. DE LUCIA *v.* UNITED STATES, 359 U. S. 1000. Petition for rehearing denied. MR. JUSTICE CLARK took no part in the consideration of decision of this application.

No. 589, Misc. WORLEY, ADMINISTRATRIX, ET AL. *v.* DUNN, TRUSTEE IN BANKRUPTCY, ET AL., 359 U. S. 955. Motion for leave to file second petition for rehearing denied.